UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>           Plaintiff,<br><br>      v.<br><br>BRIGGS, et al.,<br><br>           Defendants. | No.  2:15-cv-1865 DB P<br><br>ORDER |

By an order filed May 23, 2016, plaintiff was ordered to pay the full filing fee of $400 for this action, and was cautioned that failure to do so would result in dismissal of this action. The fourteen day period to make that payment has expired, and plaintiff has not paid the required fee.

Plaintiff has moved for reconsideration of the court's May 23 order but has provided no basis upon which he should be permitted to proceed without paying the fee.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 9) is denied and this action is dismissed without prejudice.

DATED: August 23, 2016                          /s/ DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Youn1865.fifp

1